UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TERESA BOWDEN,

                    Plaintiff,                    NO. CV-07-0218-EFS

            v.
                                                  **ORDER GRANTING PLAINTIFF'S**
INTRASPECT INVESTMENTS, LLC,                      **MOTION TO REMAND**
a Washington limited
liability company, d/b/a/
NATIONAL HOUSING SOLUTIONS,

                    Defendants.

        Before the Court, without oral argument, is Plaintiff Teresa

Bowden's Motion to Remand (Ct. Rec. 7), asking the Court to remand this

matter to Lincoln County as the state law claims substantially

predominate the single federal Truth in Lending Act (TILA) claim and to

further judicial economy. In response, Defendant Intraspect Investments,

LLC asks the Court to either dismiss Plaintiff's claims or to remand this

matter. After considering the submitted material and relevant authority,

the Court is fully informed.

        The Court concludes dismissal of Plaintiff's lawsuit is

inappropriate; further, Defendant did not cite any authority for the

proposition that the Court had the authority to dismiss Plaintiff's

ORDER OF REMAND ~ 1

1   claims in this lawsuit for being duplicative of those raised as
2   affirmative defenses in the state unlawful detainer action.

3       Therefore, because Defendant does not oppose remand and the Court
4   finds judicial economy is best served by remanding this matter, **IT IS**
5   **HEREBY ORDERED:**  Plaintiff's Motion to Remand **(Ct. Rec. 7)** is **GRANTED.**

6       **IT IS SO ORDERED.**  The District Court Executive is directed to:

7       1.   Enter this Order;

8       2.   Provide copies to all counsel;

9       3.   Provide a certified copy to the **Clerk of the Superior Court of**
10  **the State of Washington, in and for the County of Lincoln,** Civil Case
11  Number: 07-2-00100-1;

12      4.   **REMAND THIS CASE** to the Superior Court of the State of
13  Washington, in and for the County of Lincoln; and

14      5.   **Close the file.**

15      **DATED** this ___30th___ day of August, 2007.

16

17      _____
                     S/ Edward F. Shea
18                    EDWARD F. SHEA
              United States District Judge

19

    Q:\Civil\2007\0218.remand.wpd
20

21

22

23

24

25

26

ORDER OF REMAND ~ 2